UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Court Level and Jurisdiction)

Alexandria

| | |
|---|---|
| Washington Randull K. Jr.<br><br>Plaintiff<br><br>-vs-<br><br>Stafford County Sheriffs Office (Public Information Officer)<br><br>Defendant | 1:24-cv-578<br>(Case I.D. Number) |

**AFFIDAVIT**

I, Washington, Randull K. Jr., of Stafford, in Stafford County, Virginia, MAKE OATH AND SAY THAT:

1. I, Washington, Randull K. Jr., being duly sworn, declare and state as follows:

    1. Introduction: I am the Plaintiff in the case referenced herein, seeking damages for harm caused by defamatory statements and negligence, impacting my physical health, emotional well-being, and legal rights.

    2. Damages Sought: I am requesting $500,000,000 in damages, categorized as follows based on the injuries and harm suffered:

    • Physical Injuries ($200,000,000): Including headaches, heart palpitations, high blood pressure,

Page 1 of 3

and other stress-related physical symptoms.

•Emotional and Psychological Harm ($150,000,000): Covering anxiety, depression, and related conditions.

•Punitive Damages ($100,000,000): For the egregious nature of the negligence and defamation.

•Legal and Medical Expenses ($50,000,000): Costs incurred due to ongoing legal battles and medical treatments.

3.Justification for Damages:These amounts reflect the extensive physical, emotional, and financial toll these actions have taken on me, including but not limited to:

•Physical and Emotional Suffering: The stress-induced conditions have drastically reduced my quality of life and ability to function.

•Punitive Damages: Sought to punish and deter such negligent and defamatory conduct.

•Incurred Costs: Necessary for addressing the immediate and ongoing medical and legal needs stemming from this situation.

4.Impact of Defamatory Statements:The prejudicial public statements made have irrevocably damaged my reputation, leading to significant personal and professional setbacks.

5.Conclusion:Given the profound negative impact on my health, reputation, and financial standing, the specified damages are warranted and justified.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

COMMONWEALTH OF VIRGINIA

~~COUNTY OF STAFFORD~~
City of Alexandria

SUBSCRIBED AND SWORN TO BEFORE ME, on the __10th__ day of __April__, __2024__

Signature
_____ (Seal)
NOTARY PUBLIC

My Commission expires:
__March 31, 2027__

MICHAEL VINCENT SIBLY
NOTARY PUBLIC
REGISTRATION # 8081399
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MARCH 31, 2027

_____
(Signature)

Washington, Randull K. Jr.

Page 3 of 3

©2002-2024 LawDepot.com®

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_Alexandria_ DIVISION

Washington, Randull K. JR
_____
Plaintiff(s),

v.

Civil Action Number: 1:24-CV-578

Stafford County Sheriffs Office (PIO)
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of ~~AFFIDAVIT~~ iv Complaint .
(Title of Document)

Washington Randull K. JR
Name of *Pro Se* Party (Print or Type)

Randull K. Washington R
Signature of *Pro Se* Party

Executed on: 10 APR 2024 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)