UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Court Level and Jurisdiction)

Alexandria

FILED

2024 APR 10 P 3: 53

Washington Randull K. Jr.

1:24-CV-578

(Case I.D. Number)

Plaintiff

-vs-

Stafford County Sheriffs Office (Public Information Officer)

Defendant

# AFFIDAVIT

I, Washington, Randull K. Jr., of Stafford, in Stafford County, Virginia, MAKE OATH AND SAY THAT:

1.   I, Washington, Randull K. Jr. , being duly sworn, hereby depose and state as follows:

   1. Introduction
      I am the Plaintiff in the above-captioned matter, and I submit this affidavit in support of my motion for the inclusion of evidence regarding actions taken by Mr. Ryan Wilbur as Ex. A. These actions have resulted in a detrimental impact on my reputation and the impartiality of judicial proceedings related to my case.

   2. Description of Mr. Wilbur's Actions:

Page 1 of 3

Mr. Ryan Wilbur, an individual with significant influence in the community, made public statements and disseminated information that effectively convicted me in the eye of public perception of specific acts prior to any judicial determination. These actions were taken without regard to the ongoing judicial process or the presumption of innocence afforded to all individuals.

3. Impact on Public and Judicial Perception:

   a. Grand Jury's Perception: The premature judgment rendered by Mr. Wilbur's public declarations likely prejudiced the grand jury's perception against me, potentially influencing their evaluation of the evidence presented during the pre-trial phase.

   b. Judge's Perception: Similarly, the pervasive public sentiment shaped by Mr. Wilbur could have indirectly influenced the judge's perception, creating an implicit bias even before the presentation of evidence by the prosecution, the defense's presentation, and during the cross-examination process.

4. Prejudicial Effect on Judicial Proceedings:
   The actions of Mr. Wilbur, in prejudging and publicly disseminating a conviction of my character and actions, have undermined the integrity of the judicial process. This prejudicial public narrative has the potential to contaminate the objectivity required during judicial proceedings, affecting the fairness and impartiality crucial to my right to a fair trial.

5. Request for Inclusion of Evidence: Based on the significant impact Mr. Wilbur's actions have had on public and potentially judicial perception, I respectfully request that this court allow the inclusion of evidence regarding Mr. Wilbur's actions. This evidence is crucial for demonstrating the prejudicial environment created prior to and during the judicial process, warranting this court's consideration for ensuring a fair and impartial trial.

6. Conclusion
   The prejudicial public narrative, fueled by Mr. Wilbur's actions, has placed an undue burden on my ability to receive a fair trial. It is imperative that the court considers the impact of these actions on the integrity of the judicial process and my rights to due process and a fair trial.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

COMMONWEALTH OF VIRGINIA

~~COUNTY OF STAFFORD~~
City of Alexandria

SUBSCRIBED AND SWORN TO BEFORE ME, on the ___10th___ day of ___April___, ___2024___

Signature
_____ (Seal)
NOTARY PUBLIC

My Commission expires:
___March 31, 2027___

```
MICHAEL VINCENT SIBLY
NOTARY PUBLIC
REGISTRATION # 8081399
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MARCH 31, 2027
```

_____
(Signature)

Washington, Randull K. Jr.

Page 3 of 3

# Stafford County Sheriff's Office

Mailing Address: P.O. Box 189, Stafford, VA 22555
Physical Address: 1225 Courthouse Rd., Stafford, VA 22554

Information: 540-658-4450
info@staffordcountyva.gov

**Committed to Excellence**

## STAFFORD COUNTY SHERIFF'S OFFICE
Proudly Serving the Citizens of Stafford County, Virginia Since 1664

EMERGENCY: 9-1-1
NON-EMERGENCY: (540) 658-4400
TEXT 274-637: STAFFORD + TIP

Sheriff David P. Decatur

Home | About Us | Divisions | Crime Prevention | Homeland Security | Forms/Resources | Employment | News | Events | Quick Links | Contact Us

**Sheriff** David P. Decatur
**Chief Deputy** C. Shawn Kimmitz
**Major** R. Jason Dembowski

Public Safety Center
Ford T. Humphrey Building

Mailing Address:
P.O. Box 189
Stafford, VA 22555

Physical Address:
1225 Courthouse Rd.
Stafford, VA 22554

Information:
540-658-4450
info@staffordcountyva.gov

Employee E-mail
Employee Area

Search Website

Stafford Alert

### Stabbing Arrest

By PIO Ryan Wilbur
January 3, 2024

A 24-year-old Stafford man is behind bars after a violent attack yesterday morning.

On January 2nd at approximately 7:58 a.m. Communications Officers received a call from someone advising they had just been stabbed. Due to the nature of the call, deputies quickly responded to the Shelton Knolls Subdivision. When deputies arrived, they observed two males holding another down. Deputies took over the scene by detaining the suspect, providing first aid to the victim, and uncovering what occurred.

It was discovered the suspect, Randull Washington Jr., was upset due to a family matter and began making threats. An argument escalated into a fight between Washington Jr. and another family member. The victim attempted to intervene in the altercation when Washington Jr. stabbed him in the back of the neck. Both the family member and victim were able to disarm Washington Jr. and hold him down until deputies arrived.

The victim was transported to a local hospital where he was treated for his non-life-threatening injury. Washington Jr. was charged with felonious assault, as well as, domestic assault and battery. He was held at Rappahannock Regional Jail without bond.




staffordsheriff.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__Washington, Randull K. JR__
Plaintiff(s),

v.

Civil Action Number: __1:24-cv-578__

__Stafford County Sheriffs Office (PIO)__
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __AFFIDAVIT__.
(Title of Document)

__Washington, Randull K JR__
Name of *Pro Se* Party (Print or Type)

__Randull K. Washington__
Signature of *Pro Se* Party

Executed on: __10 APR 2024__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)